IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| John T. DiBernardo | : | No.  19-13640-JKF |
| Debtor | : | |

### ORDER GRANTING SECOND EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Second Extension of Time to file the required documents it is hereby ORDERED and DECREED that Debtors attorney David M. Offen is given an extension of time of (14) days until July 17, 2019, by which date all required documents must be filed.

**Date: July 3, 2019**

_____
HONORABLE JEAN K. FITZSIMON DATED:
U.S. BANKRUPTCY JUDGE

cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

John T. DiBernardo