**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| John T DiBernardo | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13640 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated June 5, 2019, June 18, 2019 and July 3, 2019 , this case is hereby DISMISSED.


**Date: July 19, 2019**

Honorable Jean K. FitzSimon
United States Bankruptcy Judge


Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities B106

bfmisdoc