IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| JOHN T. DIBERNARDO | : |
| DEBTOR(S) | : BANKRUPTCY NO. 19-13640-JKF |

# ORDER

**AND NOW**, It Appearing that all documents required by Fed. R. Bankr. P. 1007 having been filed, it is hereby

**Ordered t**hat the Order of July 19, 2019 dismissing the bankruptcy for failure to timely file documents is **Vacated** and the case is **Reinstated**.

BY THE COURT:

*/s/ Jean K. FitzSimon*

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

DATED: July 19, 2019