L.B.F.  3015-6A

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter

John T DiBernardo                               :        Bky. No. 19-13640
                               Debtor(s)        :

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

        I hereby certify as follows in connection with the confirmation hearing in the
above case:

1.  The above named debtor(s) has/have paid all post-petition amounts that are required to be
    paid under any and all Domestic Support Obligations.

2.  The above named debtor(s) has/have filed all applicable federal, state and local tax returns as
    required by 11 U.S.C. § 1308.

3.  If the confirmation hearing is postponed for any reason, and the information herein changes, I
    will provide an updated Certification to the chapter 13 trustee prior to any subsequent
    confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

Date:                           _____
                                [name]
                                Attorney for Debtor(s)

Date: 8-2-2019                  _____
                                [name] John T DiBernardo
                                Debtor

Date:                           _____
                                [name]
                                Debtor

-19-