IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          : Chapter 13

John T DiBernardo               : Case No. 19-13640-jkf

    Debtor(s)

NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new address as follows: 3823 Elsinore Street, Philadelphia, PA 19124

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste 160 W
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated: October 18, 2019