United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John T DiBernardo  
    Debtor

Case No. 19-13640-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: May 29, 2020  
                  Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.  
db          +John T DiBernardo,    3827 Elsinore Street,    Philadelphia, PA 19124-5409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov May 30 2020 04:12:09    City of Philadelphia,  
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
              Philadelphia, PA 19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2020 04:11:45  
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
              Harrisburg, PA 17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2020 04:12:04    U.S. Attorney Office,  
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                              TOTAL: 3

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:  
          DAVID M. OFFEN    on behalf of Debtor John T DiBernardo dmo160west@gmail.com,  
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION  
           bkgroup@kmllawgroup.com  
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
           ECFMail@ReadingCh13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

May 29, 2020

To:
DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

In re: John T DiBernardo
Bankruptcy No.  19-13640-jkf
Adversary No.
Chapter **13**

Re **Application for compensation**

The above pleading was filed in this office on **March 11,2020.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ( ) Affidavit
- ( ) Certificate of Service
- (**x**) Certification of no response
- ( ) Notice pursuant to Rule 9019
- ( ) Notice pursuant to Rule 2002
- ( ) Notice pursuant to Rule 3007.1
- ( ) Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ( ) Proposed Order
- ( ) Stipulation
- ( ) Certification of Default
- ( ) Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk


By: _Jeanette Gilmore_
Deputy Clerk

status.frm
(rev. 11/26/2018)