**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  **John T. DiBernardo** | ) | Chapter 13 |
|                **Debtor** | ) | |
| | ) | No. 19-13640-AMC |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                                 /s/David M. Offen
                                               David M. Offen
                                               Attorney for Debtor(s)

**Date:7/9/20**