| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13640-AMC**

JOHN T DI BERNARDO
3823 ELSINORE STREET
PHILADELPHIA  PA   19124

Petition Filed Date: 06/05/2019
341 Hearing Date: 08/02/2019
Confirmation Date: 12/18/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2019 | $400.00 | 25654958223 | 08/30/2019 | $200.00 | 25654958458 | 09/03/2019 | $250.00 | 111593 |
| 09/11/2019 | $100.00 | 25654978427 | 09/17/2019 | $250.00 | 112083 | 09/26/2019 | $55.00 | 25654980497 |
| 10/01/2019 | $250.00 | 112584 | 10/09/2019 | $250.00 | 113098 | 10/23/2019 | $250.00 | 113604 |
| 11/12/2019 | $250.00 | 114113 | 11/26/2019 | $230.00 | 114625 | 12/09/2019 | $230.00 | 115133 |
| 12/26/2019 | $230.00 | 115634 | 12/26/2019 | $262.50 | 115789 | 01/02/2020 | $230.00 | 116140 |
| 01/21/2020 | $230.00 | 116630 | 01/21/2020 | $262.50 | 116772 | 01/31/2020 | $230.00 | 117125 |
| 02/11/2020 | $230.00 | 117618 | 02/14/2020 | ($262.50) | 116772 | 02/14/2020 | ($262.50) | 115789 |
| 02/28/2020 | $230.00 | 118107 | 03/11/2020 | $230.00 | 118601 | 03/24/2020 | $230.00 | 119097 |
| 04/08/2020 | $230.00 | 119583 | 04/21/2020 | $230.00 | 119963 | 05/06/2020 | $230.00 | 120292 |
| 05/27/2020 | $230.00 | 120602 | 06/03/2020 | $230.00 | 120902 | 06/18/2020 | $230.00 | 121215 |
| 07/20/2020 | $230.00 | 121554 | 08/03/2020 | $230.00 | 121754 | | | |

**Total Receipts for the Period:  $6,395.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,395.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $60.81 | $0.00 | $60.81 |
| 2 | PNC BANK<br>»» 002 | Unsecured Creditors | $8,715.85 | $83.82 | $8,632.03 |
| 3 | PNC BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |

**Chapter 13 Case No. 19-13640-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,395.00 | Current Monthly Payment: | $460.00 |
| Paid to Claims: | $5,383.82 | Arrearages: | ($485.00) |
| Paid to Trustee: | $596.60 | Total Plan Base: | $27,070.00 |
| Funds on Hand: | $414.58 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.