**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John T DiBernardo

                    Debtor                                                    CHAPTER 13

PNC BANK, NATIONAL ASSOCIATION
                    Movant

        vs.
                                                                              NO. 19-13640 AMC

John T DiBernardo

                    Debtor


Scott Waterman                           Trustee

## ORDER

AND NOW, this           day of                   , 2020 at Philadelphia, upon consideration of the

Motion to Redact restrict public access to the Amended Proof of Claim Filed by PNC BANK NATIONAL

ASSOCIATION, it is:

ORDERED THAT: The Court shall restrict public access to the *Amended* Proof of Claim and

accompanying documents (Claim 3);

It is further, ORDERED that Movant is allowed to proceed with filing a corrective *Amended* Proof of

Claim and accompanying documents with the loan number redacted in all documents compliance with Fed.

R .Bankr. P. 9037 and made part of the Court record  by November 6, 2020.


**Date: October 22, 2020**

                                                        _____
                                                        United States Bankruptcy Judge.

John T DiBernardo
3827 Elsinore Street
Philadelphia, PA 19124

David M. Offen Esq.
The Curtis Center 601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532