| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13640-AMC**

JOHN T DI BERNARDO  
3823 ELSINORE STREET  
PHILADELPHIA  PA    19124

Petition Filed Date: 06/05/2019  
341 Hearing Date: 08/02/2019  
Confirmation Date: 12/18/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $230.00 | 116140 | 01/21/2020 | $230.00 | 116630 | 01/21/2020 | $262.50 | 116772 |
| 01/31/2020 | $230.00 | 117125 | 02/11/2020 | $230.00 | 117618 | 02/14/2020 | ($262.50) | 116772 |
| 02/14/2020 | ($262.50) | 115789 | 02/28/2020 | $230.00 | 118107 | 03/11/2020 | $230.00 | 118601 |
| 03/24/2020 | $230.00 | 119097 | 04/08/2020 | $230.00 | 119583 | 04/21/2020 | $230.00 | 119963 |
| 05/06/2020 | $230.00 | 120292 | 05/27/2020 | $230.00 | 120602 | 06/03/2020 | $230.00 | 120902 |
| 06/18/2020 | $230.00 | 121215 | 07/20/2020 | $230.00 | 121554 | 08/03/2020 | $230.00 | 121754 |
| 08/18/2020 | $230.00 | 121950 | 08/26/2020 | $230.00 | 122139 | 09/15/2020 | $230.00 | 122326 |
| 09/23/2020 | $230.00 | 122512 | 10/06/2020 | $230.00 | 122691 | 10/21/2020 | $230.00 | 122869 |
| 11/12/2020 | $230.00 | 123048 | 11/17/2020 | $230.00 | 123223 | 12/07/2020 | $230.00 | 123395 |
| 12/22/2020 | $230.00 | 123568 | 01/05/2021 | $230.00 | 123740 | 01/19/2021 | $230.00 | 123910 |
| 01/27/2021 | $230.00 | 124081 | 02/10/2021 | $230.00 | 124249 | 03/12/2021 | $230.00 | 124584 |
| 03/15/2021 | $230.00 | 124417 | 03/24/2021 | $230.00 | 124752 | 04/06/2021 | $230.00 | 124917 |
| 04/27/2021 | $230.00 | 125083 | 05/04/2021 | $230.00 | 125248 | 05/19/2021 | $230.00 | 125414 |
| 06/09/2021 | $230.00 | 125583 | | | | | | |

**Total Receipts for the Period: $8,247.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,455.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PNC BANK<br>»» 002 | Unsecured Creditors | $8,715.85 | $4,948.90 | $3,766.95 |
| 3 | PNC BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |

**Chapter 13 Case No. 19-13640-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,455.00 | Current Monthly Payment: | $460.00 |
| Paid to Claims: | $10,248.90 | Arrearages: | ($945.00) |
| Paid to Trustee: | $999.10 | Total Plan Base: | $27,070.00 |
| Funds on Hand: | $207.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.