IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| John T DiBernardo | : | No. 19-13640-AMC |
| SS# XXX-XX-5293 | | |
| **Debtor** | : | |

**ORDER**

AND NOW, this _____ day of _____, 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: March 14, 2022**

_____
**ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**