Certificate Number: 12433-PAE-DE-036398023

Bankruptcy Case Number: 19-13640



12433-PAE-DE-036398023

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2022, at 7:09 o'clock PM EDT, John DiBernardo completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 14, 2022                By: /s/Candace Jones

Name: Candace Jones

Title: Counselor